IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:94cr62-MHT |
| | ) | WO |
| OSCAR ANDREWS | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for release of specific documents filed by defendant Oscar Andrews on February 9, 2006 (Doc. # 1877), it is

ORDERED that the motion be and is hereby DENIED.  All of these records are public records and may be obtained by Andrews from the respective courts by paying to the clerks of those courts the required document copying fees.

Done this 8th day of March, 2006.


      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE