IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:94cr62-MHT |
| | ) | |
| OSCAR ANDREWS | ) | |

**ORDER**

On February 22, 2010, the magistrate judge filed a recommendation in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED that the recommendation (doc. # 2015) is adopted and defendant Oscar Andrew's motion to adopt (doc. # 2013) is denied.

DONE, this the 25th day of March, 2010.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE