IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:94cr62-MHT |
| | ) | (WO) |
| OSCAR ANDREWS | ) | |

OPINION AND ORDER

Amendment 782 to the 2014 edition of the Sentencing Guidelines revised the guidelines applicable to drug-trafficking offenses. Following the United States Sentencing Commission's decision to give retroactive effect to the amendment, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence.

Upon consideration of the recommendation of the Retroactivity Screening Panel entered today, and after an independent and de novo review of the record, it is ORDERED that defendant Oscar Andrews's motion for a reduction of sentence pursuant to 18 U.S.C.

§ 3582(c)(2) (doc. no. 2104) is denied. Defendant Andrews is ineligible for a sentence reduction because he received a statutory mandatory minimum sentence of life in prison.

DONE, this the 22nd day of November, 2019.

                        /s/ Myron H. Thompson
                       **UNITED STATES DISTRICT JUDGE**